IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**DARREN LAMONT WILLIAMS,**
Individually, and on behalf of himself
and others similarly situated,

Plaintiff,

v.

**CINCINNATI LUBES, INC.**

Defendant.

Case No. 3:23-cv-00900

FLSA Multi-Plaintiff Action
**JURY DEMANDED**

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Darren Lamont Williams and Defendant Cincinnati Lubes, Inc. by and through their undersigned counsel, hereby stipulate that this action and all claims pending in it be dismissed with prejudice, as the parties have reached a resolution of the dispute. Each party shall bear his or its own costs and fees.

Respectfully submitted this 6th day of January 2025.

| | |
|---|---|
| */s/ J. Russ Bryant* | */s/ Timothy K. Garrett* |
| J. Russ Bryant (BPR No. 33830) | Timothy K. Garrett (TN # 012083) |
| JACKSON SHIELDS YEISER HOLT OWEN & BRYANT | BASS, BERRY & SIMS PLC |
| 262 German Oak Drive | 150 Third Avenue South Suite 2800 |
| Memphis, TN 38018 | Nashville, TN 37201 |
| Telephone: (901) 754-8001 | Telephone: (615) 742-6270 |
| Fax: (901) 754-8524 | Facsimile: (615) 742-6293 |
| rbryant@jsyc.com | Email: tgarrett@bassberry.com |
| ATTORNEYS FOR PLAINTIFFS | *ATTORNEY FOR DEFENDANT* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that an exact copy of the foregoing Joint Stipulation of Dismissal has been forwarded via email to Defendant's attorney, Timothy K. Garrett, on this the 6th day of January 2025.

*/s/ J.Russ Bryant*